In the Matter of TERRELL B. and Another, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DONNA B., Appellant. [813 NYS2d 690]—Appeal from an order of the Family Court, Oneida County (Frank S. Cook, J.), entered June 9, 2005 in a proceeding pursuant to Social Services Law § 384-b. The order terminated respondent's parental rights.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.